**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARCO L. JOHNSON<br><br>CARLA L. JOHNSON<br><br>Debtors | ) CHAPTER 13 PROCEEDINGS<br>)<br>) Case No.: 04-04229-TUC-EWH<br>)<br>) **Application for Payment of Unclaimed**<br>) **Funds to the U.S. Bankruptcy Court**<br>)<br>)<br>) |

  Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 206209 | 03/31/2010 | HARDINGS MARKET PLACE<br>C/O MJM PROFESSIONAL RECOVERY<br>100 NORTH M-41 HIGHWAY<br>DECATUR, MI 49045-8713 | $13.06 |
| | | **Total** | **$13.06** |

  The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $13.06 to the Clerk of the Court to be deposited in the registry thereof.

Dated:  11/02/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee